

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00314-CV

THE ESTATE OF MARCIA LYNN
O'MARY WILLIAMS, DECEASED

------------

FROM PROBATE COURT NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2013-PR01311-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the "Joint Motion to Dismiss Appeal."  It is the court's

opinion that the motion should be granted; therefore, we dismiss the appeal.  *See*

Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GARDNER, WALKER, and MEIER, JJ.

DELIVERED:  December 31, 2014